IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOFIA CAMPOS-RIEDEL,

    Plaintiff,                       Case No. 2:12-cv-2819 GEB DAD PS

    vs.

JP MORGAN CHASE, et al.,          ORDER

    Defendants.

_____/

      This matter came before the court on February 22, 2013, for hearing of defendants JP Morgan Chase and Federal Home Loan Mortgage Corporation's motion to dismiss. (Doc. No. 8.) Julie Corriveau, Esq. appeared telephonically for defendants. Plaintiff Sofia Campos-Riedel appeared on her own behalf.

      Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

      1. Plaintiff's October 16, 2012 complaint is dismissed with leave to amend;

      2. Plaintiff shall file an amended complaint on or before March 15, 2013[1]; and

---

[1] Plaintiff is cautioned that if she fails to file an amended complaint on or before March 15, 2013, the undersigned will issue findings and recommendation recommending that this action be dismissed.

1

3. Defendants' December 3, 2012 motion to dismiss (Doc. No. 8), having been rendered moot, is denied without prejudice.

DATED: February 22, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\riedel2819.oah.022213