IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOFIA CAMPOS-RIEDEL,

    Plaintiff,       Case No. 2:12-cv-2819 TLN DAD PS

    vs.

JP MORGAN CHASE, et al.,       ORDER

    Defendants.

_____/

Plaintiff, Sofia Campos-Riedel, is proceeding pro se in this action. Accordingly, the matter has been referred to the undersigned pursuant to Local Rule 302(c)(21).

On January 17, 2013, plaintiff filed a motion for permission to file pleadings electronically. (Doc. No. 13.) On February 22, 2013, plaintiff appeared before the court, was advised that her motion was deficient and was directed to remedy those defects. Plaintiff, however, has failed to take further action with respect to her motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 17, 2013 motion for permission to file pleadings electronically (Doc. No. 13) is denied without prejudice.

DATED: April 19, 2013.

*[Signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\riedel2819.cmecf.ord

1