UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA CAMPOS-RIEDEL, | No. 2:12-cv-2819 TLN DAD PS |
| Plaintiff, | |
| v. | ORDER |
| JP MORGAN CHASE, et al., | |
| Defendants. | |

On July 31, 2014, attorney Stephen J. Foondos filed a substitution of attorney by plaintiff. (Dkt. No. 62.) Mr. Foondos' office was notified that pursuant to Local Rule 182 all substitutions of attorneys require approval of the court and that Mr. Foondos should provide the court a proposed order. Thereafter, Mr. Foondos' office notified the courtroom deputy for the undersigned that Mr. Foondos no longer wished to substitute in as plaintiff's attorney. Mr. Foondos' staff was informed, and has been repeatedly requested, to file a notice of withdrawal of the proposed substitution. Mr. Foondos, however, has refused to comply with the court's informal requests.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order:

    1. Mr. Foondos shall show cause in writing as to why the undersigned should not issue an order granting the proposed substitution of attorney substituting Mr. Foondos in as

1

1 | plaintiff's counsel of record in this action;

2 |     2. Plaintiff Sofia Campos–Reidel shall file a statement advising the court as to whether she believes she is proceeding pro se or is currently represented by Mr. Foondos; and

    3. The Clerk of the Court shall serve a copy of this order on Mr. Foondos at his address provided in the proposed substitution of attorney.  (Dkt. No. 62.)

Dated:  October 1, 2014

*Dale A. Drozd* (signature)
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\riedel2819.osc.re.soa.ord.docx